UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. MJ 17-70688 |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| JESUS VASQUEZ-LOPEZ, | ) ) | |
| Defendant. | ) ) | |

Leave is granted to the government to dismiss the complaint. The complaint is hereby ordered dismissed without prejudice.

Dated: May 26, 2017

NATHANAEL COUSINS
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

ORDER OF DISMISSAL
MJ 17-70688 MAG